United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re PLAINS ALL AMERICAN DERIVATIVE LITIGATION | § § § | CIVIL ACTION NO. H-15-3632 |
| This Document Relates To:<br><br>ALL ACTIONS | § § § § § | (Consolidated with Civil Action No. H-16-0429) |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED without prejudice**.

Costs are taxed against Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 8th day of November, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE